NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RODERICK WASHINGTON,
a/k/a RODERICK ANTWON
WASHINGTON.

   Appellant,

v.             Case No. 2D15-3206

STATE OF FLORIDA,

   Appellee.

_____

Opinion filed September 26, 2018.

Appeal from the Circuit Court for Lee
County; Bruce E. Kyle, Judge.

Howard L. Dimmig, II, Public Defender, and
Maureen E. Surber, Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Cerese Crawford Taylor,
Assistant Attorney General, Tampa, for
Appellee.


KELLY, Judge.


   Roderick Washington was convicted of two counts of kidnapping and two

counts of first-degree murder.  He was seventeen years old when he participated in the

offenses with several codefendants.  His original sentences were overturned as

violations of the Eighth Amendment, <u>Lawton v. State</u>, 181 So. 3d 452, 453 (Fla. 2015), and he was resentenced to two life terms and two forty-year terms under section 775.082(1)(b)(1), Florida Statutes (2016), with the proviso that he could petition the court for review after twenty-five years under section 921.1402(2)(a), Florida Statutes (2016).  In resentencing Washington, the sentencing court found that Washington intended to kill the victims.

In this appeal, Washington again challenges the sentences imposed on him, citing <u>Williams v. State</u>, 242 So. 3d 280 (Fla. 2018), which holds that <u>Alleyne v. United States</u>, 570 U.S. 99 (2013), requires a jury, rather than a judge, to make the factual finding as to whether the juvenile offender actually killed, intended to kill, or attempted to kill the victim.  <u>See</u> 242 So. 3d at 288.  Although the court in <u>Williams</u> concluded that <u>Alleyne</u> violations are subject to harmless error review, 242 So. 3d at 289, the violation here cannot be deemed harmless.  Therefore, we remand for the trial court to resentence Washington under section 775.082(1)(b)(2).  <u>See</u> <u>Williams</u>, 242 So. 3d at 294.

Reversed and remanded for resentencing.


NORTHCUTT and BLACK, JJ., Concur.